UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


MARIA CINTRON,                                    :
LA CASA DE PUERTO RICO, ET AL
                                                  :  NO. 3:69CV13578(EBB)
            v.
                                                  :

THOMAS VAUGHAN, ET AL

RULING ON WITHDRAWAL OF CONSENT TO CONTINUED APPOINTMENT
OF SPECIAL MASTER AND MOTION TO TERMINATE DUTIES OF SPECIAL MASTER,
OR ALTERNATIVELY, [SIC] TO AMEND THE APPOINTMENT OF SPECIAL MASTER

        The defendants have moved to terminate the duties of the Special Master or alternatively

to amend his appointment, citing the financial burden to the city of Hartford.  The Special Master

has held extensive hearings and is preparing his ruling with findings and recommendations to be

reviewed with the parties and ultimately submitted to the court.  It is in the interest of all parties

to have him proceed to conclusion.

        The Special Master has, sua sponte, offered his continued services pro bono, an offer

which the court accepts with gratitude, and his appointment is continued nunc pro tunc from

October 1, 2006, to October 1, 2007.  Plaintiffs and defendants shall each pay one-half of costs

incurred.

        The motion [Doc. No. 107] is denied in part and granted in part.

                            SO ORDERED.


                            _____
                            ELLEN BREE BURNS, SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

        Dated at New Haven, CT, this _____ day of April, 2007.