UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA CINTRON, | : | CIVIL ACTION NO. |
| LA CASA DE PUERTO RICO, ET AL | : | 3:69CV13578 (EBB) (JGM) |
| PLAINTIFFS | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS VAUGHAN, ET AL | : | OCTOBER 15, 2014 |
| DEFENDANTS | : | |

**JOINT REQUEST TO EXTEND DATE FOR RESPONSE TO
ORDER TO SHOW CAUSE**

The parties to this matter jointly and respectfully request this Court to extend the Order to Show Cause entered in this case for a period of two (2) years until October 31, 2016. In support of this motion, the parties represent as follows:

1. In June of 1973, the parties entered into a "Settlement Stipulation" that was entered as a decree of the Court on or about June 18, 1973.

2. On or about February 18, 2010, the parties entered into a "Settlement Agreement" designed to resolve many of the then outstanding issues between the parties. This "Settlement Agreement" was entered into largely as a result of the extraordinary efforts of U.S. Magistrate Joan Glazer Margolis in aiding the parties to reach agreement.

3. In conjunction with the 2010 "Settlement Agreement" and as part of the settlement, the Court entered an Order to Show Cause which stated: "Pursuant to a Settlement approved February 18, 2010, the Court ORDERS the parties to demonstrate good cause why any Consent Decree or any continuing duties arising out of the Settlement Stipulation approved by the Court in 1973 should not be dissolved.  Any response to this Order must be filed with the court on or before October 31, 2014."

4. Since the entry of the Order to Show Cause, the parties have worked to resolve their differences and no motions for contempt have been filed.  Likewise, no mediation before Magistrate Judge Margolis or a Para-Judicial Officer (PJO), as required by the Settlement Agreement, has been conducted since entry of the Order to Show Cause.

5. Nonetheless, the Hartford City Council has declared by resolution that it requests this Court to not "sunset" any consent decree in this case until the Hartford Police Department mirrors the community it serves and attains national accreditation.  In addition, all parties have expressed interest in resolving issues identified by representatives of the Plaintiffs as arising under the Settlement Agreement in a congenial and collaborative manner.

6. Accordingly, the parties believe that a period of two years should be sufficient for the parties to address these issues.

7. Therefore, the parties jointly request that the date for their response to the Order to Show Cause be extended until October 31, 2016.

Respectfully Submitted,

Dated: 10/14/2014                                                    /s/
Saundra Kee Borges, Esq., ct11483
Corporation Counsel
Henri Alexandre, Esq., ct05412
Deputy Corporation Counsel
Nathalie Feola-Guerrieri, Esq., ct17217
Assistant Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT  06103

Dated: 10/14/2014                                                    /s/
Joseph W. McQuade, Esq., ct12121
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT  06106

*Attorneys for Defendants*

Dated: 10/14/2014                                                    /s/
Sydney T. Schulman, Esq.
Law Offices of Sydney T. Schulman
10 Grand Street
Hartford, CT  06106

*Attorney for Plaintiffs*