UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA CINTRON, | : | CIVIL ACTION NO. |
| LA CASA DE PUERTO RICO, ET AL | : | 3:69CV13578 (VLB) (JGM) |
| PLAINTIFFS | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS VAUGHAN, ET AL | : | OCTOBER 8, 2019 |
| DEFENDANTS | : | |

## JOINT REQUEST TO EXTEND DATE FOR RESPONSE TO ORDER TO SHOW CAUSE

The parties to this matter jointly and respectfully request this Court to extend the Order to Show Cause entered in this case for a period of one (1) year until October 31, 2020. In support of this motion, the parties represent as follows:

1. In June of 1973, the parties entered into a "Settlement Stipulation" that was entered as a decree of the Court on or about June 18, 1973.

2. On or about February 18, 2010, the parties entered into a "Settlement Agreement" designed to resolve many of the then outstanding issues between the parties. This "Settlement Agreement" was entered into largely as a result of the extraordinary efforts of U.S. Magistrate Joan Glazer Margolis in aiding the parties to reach agreement.

3.      In conjunction with the 2010 "Settlement Agreement" and as part of the settlement, the Court entered an Order to Show Cause which stated: "Pursuant to a Settlement approved February 18, 2010, the Court ORDERS the parties to demonstrate good cause why any Consent Decree or any continuing duties arising out of the Settlement Stipulation approved by the Court in 1973 should not be dissolved. Any response to this Order must be filed with the court on or before October 31, 2014."

4.      On or about October 1, 2016, the parties requested that the response deadline be extended by another three years to October 31, 2019. On October 17, 2019 Magistrate Judge Margolis granted such motion.

5.      On or about November 20, 2018, Plaintiffs filed a Motion for Contempt, which Defendants opposed. On July 19, 2019, Judge Bryant issued a "Memorandum of Decision on Plaintiffs' Motion for Contempt [ECF No. 253]" which denied the Motion for Contempt without prejudice to refiling after further mediation before Magistrate Judge Margolis.

6.      In accordance with Magistrate Judge Margolis' orders, the parties filed, on July 26, 2019, a Joint Status Report. On September 24, 2019, Magistrate Judge Margolis conducted additional settlement discussions with counsel for the parties and requested that additional information be supplied before further discussions approximately one month in the future.

7. Given the continuing discussions between the parties before Judge Margolis and the impending deadline of October 31, 2019, a one-year extension of the deadline for submissions in response to the Order to Show Cause is reasonable and necessary.

8. At this juncture, the parties believe that an additional period of one year should be sufficient for the parties to resolve the outstanding issues.

9. Therefore, the parties jointly request that the date for Plaintiff's response to the Order to Show Cause be extended until October 31, 2020.

Respectfully Submitted,

Dated: 10/8/2019

/s/
Howard Rifkin, Esq., ct29978
Corporation Counsel
Nathalie Feola-Guerrieri, Esq., ct17217
Assistant Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT  06103

Dated: 10/8/2019

/s/
Joseph W. McQuade, Esq., ct12121
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT  06106

*Attorneys for Defendants*

Dated: 10/8/2019                                        /s/
                                                         Sydney T. Schulman, Esq. ct
                                                         Law Offices of Sydney T. Schulman
                                                         10 Grand Street
                                                         Hartford, CT  06106

                                                         *Attorney for Plaintiffs*