**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARIA CINTRON, | : | CIVIL ACTION NO. |
| LA CASA DE PUERTO RICO, ET AL | : | 3:69CV13578 (VLB) (JGM) |
| PLAINTIFFS | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS VAUGHAN, ET AL | : | SEPTEMBER 4, 2020 |
| DEFENDANTS | : | |

**JOINT REQUEST TO EXTEND DATE FOR RESPONSE TO**
**<u>ORDER TO SHOW CAUSE</u>**

The parties to this matter jointly and respectfully request this Court to extend the

Order to Show Cause entered in this case for a period of two (2) years until October 31,

2022. In support of this motion, the parties represent as follows:

1.    In June of 1973, the parties entered into a "Settlement Stipulation" that

was entered as a decree of the Court on or about June 18, 1973.

2.    On or about February 18, 2010, the parties entered into a "Settlement

Agreement" designed to resolve many of the then outstanding issues between the

parties (Docket #227).  This "Settlement Agreement" was entered into largely as a result

of the extraordinary efforts of U.S. Magistrate Joan Glazer Margolis in aiding the parties

to reach agreement.

3.     In conjunction with the 2010 "Settlement Agreement" and as part of the settlement, the Court entered an Order to Show Cause which stated:  "Pursuant to a Settlement approved February 18, 2010, the Court ORDERS the parties to demonstrate good cause why any Consent Decree or any continuing duties arising out of the Settlement Stipulation approved by the Court in 1973 should not be dissolved.  Any response to this Order must be filed with the court on or before October 31, 2014." Docket #229).

4.     On or about October 15, 2014, the parties requested that the response deadline be extended by another two years to October 31, 2016 (Docket #238). Magistrate Judge Margolis approved such request on November 24, 2014 (Docket # 239).

5.     On or about October 1, 2016, the parties requested that the response deadline be extended by another three years to October 31, 2019 (Docket #243).  On October 17, 2019, Magistrate Judge Margolis granted such motion (Docket #244).

6.     On or about November 20, 2018, Plaintiffs filed a Motion for Contempt, which Defendants opposed.  On July 19, 2019, Judge Bryant issued a "Memorandum of Decision on Plaintiffs' Motion for Contempt [ECF No. 253]" which denied the Motion for Contempt without prejudice to refiling after further mediation before Magistrate Judge Margolis.

7.      In accordance with Magistrate Judge Margolis' orders, the parties filed, on July 26, 2019, a Joint Status Report.  Thereafter, Magistrate Judge Margolis conducted additional settlement discussions with counsel for the parties and encouraged the exchange of additional information.

8.      On or about October 8, 2019, the parties requested that the response deadline be extended by another year to October 31, 2020 (Docket #268).  Magistrate Judge Margolis granted such motion that day (Docket #269).

9.      Since that time, the parties have continued to engage in dialogue to reduce or eliminate any outstanding issues.

10.     The events of 2020 have spurred a national and state-wide reevaluation of police practices and deployments.  Recently, Governor Ned Lamont has signed into law police accountability legislation passed by the legislature.  Such legislation is the subject of continuing discussion and is likely to be modified before going into effect.

11.     At the same time, the City has begun to implement additional police accountability measures and protections while reviewing and reconsidering its public safety deployment and resources.  These changes have the potential to impact agreements reached in the 2010 settlement.

12.     Because these events are evolving and the parties continue to discuss any outstanding issues, a two-year extension of the deadline for submissions in response to the Order to Show Cause is reasonable and necessary.

13.     At this juncture, the parties believe that an additional period of two years should be sufficient for the parties to resolve the outstanding issues.

14.     Therefore, the parties jointly request that the date for Plaintiff's response to the Order to Show Cause be extended until October 31, 2022.

Respectfully Submitted,

Dated:  9/4/2020

_____ /s/ _____
Howard Rifkin, Esq., ct29978
Corporation Counsel
Nathalie Feola-Guerrieri, Esq., ct17217
Assistant Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT  06103

Dated:  9/4/2020

_____ /s/ _____
Joseph W. McQuade, Esq., ct12121
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT  06106

*Attorneys for Defendants*

Dated:  9/4/2020

_____ /s/ _____
Sydney T. Schulman, Esq. ct
Law Offices of Sydney T. Schulman
10 Grand Street
Hartford, CT  06106

*Attorney for Plaintiffs*

93976