# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA CINTRON, ) | CIVIL ACTION NO. |
| LA CASA DE PUERTO RICO, ET AL ) | 3:69CV13578 (EBB) (JGM) |
| PLAINTIFFS ) | |
| ) | |
| v. ) | |
| ) | |
| THOMAS VAUGHAN, ET AL ) | OCTOBER 19, 2022 |
| DEFENDANTS ) | |

## MOTION TO RECONSIDER

It is the plaintiff's understanding that this case has been transferred to the Honorable Judge Kari A. Dooley, sitting in Bridgeport, Connecticut. (No. 274). With absolute deference and respect to Judge Dooley, the plaintiff requests that the case be returned to the District Court in Hartford, Connecticut. Bridgeport is at the opposite end of the state from the plaintiffs and all witnesses, and to hold hearings in Bridgeport would be incredibly burdensome to all witnesses and parties to the case to travel to Bridgeport for hearings on this matter. As such, the plaintiff respectfully requests this Court reconsider its prior decision to move the case from Hartford and to Bridgeport.

In the alternative, the plaintiff requests an order of one or more of the following: (1) that the *Cintron v. Vaughn* consent decree not sunset at least until all matters contained herein are

[1]

litigated; (2) that the matter be returned to this Court with designation of a Special Master in Hartford, Connecticut to hear the claims of the parties and make a recommended ruling to the court; or (3) referral of the matter to a federal jurisdiction closer to Hartford inasmuch as all parties and witnesses are within the proximity to that court in Hartford, Connecticut.

Query has been made to defense counsel as to consent on the above motion, but no response has been garnered.

*Respectfully Submitted*

Sydney T. Schulman, Esq.
Schulman & Associates
10 Grand Street, Second Floor
Hartford, CT 06106
Federal Bar No. ct 00070
*Attorney for Plaintiffs*

[2]

## CERTIFICATION

THIS IS TO CERTIFY that on a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing immediately. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Atty. Joseph W. McQuade
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106
jmcquade@kemlaw.com

Atty. Howard G. Rifkin
Corporation Counsel
City of Hartford
550 Main St.
Hartford, CT 06103
howard.rifkin@hartford.gov

Atty. Nathalie Feola-Guerrieri
Sr. Assistant Corporation Counsel
City of Hartford
550 Main St.
Hartford, CT 06103
FEOLN001@hartford.gov

Sydney T. Schulman
Schulman & Associates
10 Grand Street, Second Floor
Hartford, CT 06106
Federal Bar No. ct 00070
*Attorney for Plaintiffs*

[3]