UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA CINTRON,<br>LA CASA DE PUERTO RICO, ET AL<br>PLAINTIFFS<br><br>v.<br><br>THOMAS VAUGHAN, ET AL<br>DEFENDANTS | CIVIL ACTION NO.<br>3:69CV13578 (EBB) (JGM)<br><br><br><br><br>MARCH 22, 2023 |

## MOTION FOR APPOINTMENT OF A SPECIAL MASTER

### I. INTRODUCTION

This matter was commenced in November, 1969. In June 1973, a Consent Decree was issued by the Court in the above-entitled matter (the "1973 Agreement"). In February 2010, a supplementary decree was entered by the Court amending the 1973 Agreement to incorporate updated agreements of the parties (the "2010 Supplement"). The 2010 Supplement was formulated as a result of hearings on a Motion for Contempt before Special Master Richard Bieder of Koskoff, Koskoff, and Bieder, PC.

According to both the 1973 Agreement and the 2010 Supplement, in the event of a dispute, the parties would first engage in discussion as to whether a dispute exists, whether the dispute may be resolved without intervention by the Court, and to clearly define the issues to be resolved

by the court in any contempt proceeding. If those conversations are to be unsuccessful, the parties agreed to attempt mediation before U.S. Magistrate Judge Joan Glazer Margolis, or if she is unavailable or unable to do so, before another Magistrate Judge or Special Master appointed by the Court, as the parties did in 2010.

## II. FACTUAL BACKGROUND.

This matter was commenced in November, 1969. It essentially made three claims against the defendants sounding in: (1) Excessive use of force by police upon members of the community; (2) Discrimination in hiring and promotion within the Hartford Police Department; and (3) Inadequate protection of citizens of Hartford by the Hartford Police Department. Since the negotiations and discussions held before Richard Bieder as Special Master in 2010, further discussions and negotiations have taken place with the assistance of Magistrate Judge Joan Margolis upon retirement of Judge Ellen B. Burns, to whom the case was originally assigned. The undersigned counsel moved to transfer the case to supervision by a Court in the Hartford Federal District Court, and the case was assigned to Judge Vanessa Bryant.

In October, 2022, the plaintiff's filed a Motion for Contempt (ECF No. 273) alleging *inter alia* a violation of the 2010 supplement in that the defendants have failed to adhere to provisions of the 2010 Supplement relating to the Firearms Discharge Board of Review; that the defendants have failed to take affirmative steps in the interest of forming a core of police officers which

2 | Page

SCHULMAN & ASSOCIATES
ATTORNEYS AT LAW
10 GRAND STREET • HARTFORD, CONNECTICUT 06106 • (860) 522-2960 • FAX (860) 522-0130 • JURIS NO. 54691

accurately reflects the Hartford community; and that they have not adequately assisted persons in obtaining warrants for the arrest of suspects by taking sworn complaints and forwarding them to the States Attorney's office.

Judge Bryant *sua sponte* transferred the case to the Connecticut Federal District Court at Bridgeport under Judge Kari Dooley. Judge Dooley sent notice to the parties on March 8, 2023 informing them that Judge Dooley intends to take up the motion on the papers in due course.

### III. ARGUMENT

The plaintiff further believes that testimony will be necessary as to the allegations of violations and the nature of such violations in as much that the plaintiff and defendant disagree as to the facts.

Further, the plaintiff believes that it is agreed that all perspective witnesses relating to the alleged violations live in or near the Hartford area. With absolute deference and respect to Judge Dooley, the plaintiff requests that the Court appoint a Special Master in the instant case to ascertain facts and give recommendations to this Court to consider in its opinion.

Bridgeport is at the opposite end of the state from the plaintiffs and all witnesses, and to hold hearings in Bridgeport would be incredibly burdensome to all witnesses and parties to the case to travel to Bridgeport for hearings on this matter.

SCHULMAN & ASSOCIATES
ATTORNEYS AT LAW
10 GRAND STREET • HARTFORD, CONNECTICUT 06106 • (860) 522-2960 • FAX (860) 522-0130 • JURIS NO. 54691

Additionally, given the respective positions of the parties, the plaintiff requests that the cost of Special Master be borne by the defendant, especially since plaintiff's counsel has been acting *pro bono* on this case since February 2010.

## IV. CONCLUSION

WHEREFORE, for the above reasons, the plaintiff moves that a Special Master be appointed to hold hearings in the Hartford Federal Court District to ascertain facts and give recommendations to this Court to consider in its opinion.

*Respectfully Submitted*

Sydney T. Schulman, Esq.
Schulman & Associates
10 Grand Street, Second Floor
Hartford, CT 06106
Federal Bar No. ct 00070
*Attorney for Plaintiffs*

4 | P a g e

SCHULMAN & ASSOCIATES
ATTORNEYS AT LAW
10 GRAND STREET • HARTFORD, CONNECTICUT 06106 • (860) 522-2960 • FAX (860) 522-0130 • JURIS NO. 54691

## CERTIFICATION

THIS IS TO CERTIFY that on a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing immediately. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Atty. Joseph W. McQuade
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106
jmcquade@kemlaw.com

Atty. Howard G. Rifkin
Corporation Counsel
City of Hartford
550 Main St.
Hartford, CT 06103
howard.rifkin@hartford.gov

Atty. Nathalie Feola-Guerrieri
Sr. Assistant Corporation Counsel
City of Hartford
550 Main St.
Hartford, CT 06103
FEOLN001@hartford.gov

                                                _____
                                                Sydney T. Schulman
                                                Schulman and Associates
                                                10 Grand Street, Second Floor
                                                Hartford, Connecticut 06106
                                                Federal Bar No.: ct 00070